ANNA KALB, RESPONDENT, v. MORRIS FISHER, APPELLANT.

Submitted October 26, 1928—Decided February 4, 1929.

For the respondent, *Silberman & Grossman*.

For the appellant, *Nathan H. Berger*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.